## Robert Good, Appellant, v. Wilton Lackaye, Appellee.
## Gen. No. 16,938.

APPEALS AND ERRORS—*abstract.* Where the only question raised on appeal is as to the value of the professional services, and the abstract of the record does not show what the amount of the verdict or judgment was, the judgment will be affirmed.

Appeal from the Circuit Court of Cook county; the Hon. EDWARD M. MANGAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1910. Affirmed. Opinion filed October 3, 1912.

HUGH A. CAPERTON, for appellant.

No appearance for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.

The only question involved in this case is as to the value of professional services rendered by the appellant, a dentist, for Mrs. Lackaye, the wife of appellee. The dentist claimed that his work was worth $362. A jury, after hearing the evidence, brought in a verdict, but for what amount does not appear in the abstract of record. Neither is the amount of the judgment shown. Therefore, if for no other reason, the judgment must be affirmed. In counsel's brief and argument it is stated that the verdict of the jury was for $50. Assuming this to be correct, we cannot say from a consideration of the evidence that the verdict was wrong.

The judgment is affirmed.

*Affirmed.*